**FORM 8.** Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

_____ v. _____

No. _____ 2015-1450, 1451, 1487

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

\_\_\_\_\_Pro Se        \_\_\_\_\_As counsel for:   *Taicang Sunrise Wood Industry Co., Ltd.*
*Taicang Fairmont Designs Furniture Co., Ltd.*
*Dongguan Sunrise Furniture Co.*
_____
Name of party

I am, or the party I represent is (select one):

\_\_\_\_\_Petitioner   \_\_\_\_\_Respondent   \_\_\_\_\_Amicus curiae   \_\_\_\_\_Cross Appellant

\_\_\_\_\_Appellant   \_\_\_\_\_Appellee   \_\_\_\_\_Intervenor

As amicus curiae or intervenor, this party supports (select one):

\_\_\_\_\_Petitioner or <u>appellant</u>   \_\_\_\_\_Respondent or appellee

My address and telephone are:

Name: _____
Law firm: _____
Address: _____
City, State and ZIP: _____
Telephone: _____
Fax #: _____
E-mail address: _____

Statement to be completed by counsel only (select one):

\_\_\_\_\_ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

\_\_\_\_\_ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

\_\_\_\_\_ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): _____

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

\_\_\_\_\_Yes    \_\_\_\_\_No

\_\_\_\_\_A courtroom accessible to the handicapped is required if oral argument is scheduled.

*March 30, 2015*                                *Peter Koenig* (signature)
_____       _____
Date                                              Signature of pro se or counsel

cc: _____

**DONGGUAN SUNRISE FURNITURE CO. V. US**                                          Public
CAFC Appeal No. 2015-1450, 1451, 1487

## CERTIFICATE OF SERVICE

This is to certify that I have on this 30th day of March, 2015 caused copies of the foregoing **ENTRY OF APPEARANCE** to be served upon the following parties via the method indicated at the following addresses:

**VIA CM/ECF:**

J. Michael Taylor
King & Spalding, LLP
1700 Pennsylvania Avenue, NW
Washington, D.C. 20036
jmtaylor@kslaw.com

Stephen Carl Tosini
**Department of Justice**
Commercial Litigation Branch, Civil Division
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
stephen.tosini@usdoj.gov

Kristin Heim Mowry
**Mowry & Grimson, PLLC**
5335 Wisconsin Avenue, N.W.
Washington, D.C. 20015
khm@mowrygrimson.com

_____
Peter Koenig
Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, DC 20037