NOTE: This order is nonprecedential.

# United States Court of Appeals

# for the Federal Circuit

---

**DONGGUAN SUNRISE FURNITURE CO., LTD., TAICANG FAIRMONT DESIGNS FURNITURE CO., LTD., MEIZHOU SUNRISE FURNITURE CO., LTD., TAICANG SUNRISE WOOD INDUSTRY CO., LTD.,**
*Plaintiffs - Appellants*

**LONGRANGE FURNITURE CO., LTD., LANGFANG TIANCHENG FURNITURE CO., LTD.,**
*Plaintiffs*

**COASTER COMPANY OF AMERICA,**
*Plaintiff - Appellee*

v.

**UNITED STATES, AMERICAN FURNITURE MANUFACTURERS COMMITTEE FOR LEGAL TRADE, VAUGHAN-BASSETT FURNITURE COMPANY, INC.,**
*Defendants - Cross-Appellants*

---

15-1450

---

Appeal from the United States Court of International Trade in case no. 1:10-cv-00254-JAR, 1:10-cv-00258-JAR, 1:10-cv-00285-JAR, 1:10-cv-00287-JAR Senior Judge Jane A. Restani

---

ON MOTION

O R D E R

Upon consideration of the Appellants', Taicang Sunrise Wood Industry Co., Ltd., Taicang Fairmont Designs Furniture Co., Ltd., Meizhou Sunrise Furniture Co., Ltd., and Dongguan Sunrise Furniture Co., Ltd., unopposed amended motion to extend time to file appellants' principal brief until September 03, 2015,

IT IS ORDERED THAT:

The motion is granted. No further extensions will be granted.

FOR THE COURT

August 18, 2015            /s/ Daniel E. O'Toole
                           Daniel E. O'Toole
                           Clerk of Court