# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

15-1450 - Dongguan Sunrise Furniture Co. v. US

Principal Brief of Fairmont

## **ORDER**

The foregoing, having been received and examined is not in compliance with the rules of this court and is therefore rejected for filing at this time.

A corrected brief must be filed within 14 days from the date of this order or there could be adverse consequences. The deficiencies are set forth in the attached listing. <u>The following shall apply when making corrections</u>:

1. The corrected brief must have the word "CORRECTED" on the cover.
2. The corrected version must be served on all counsel.
3. The corrected version must be accompanied by a new proof of service.
4. The deficiencies cited in this order must be the only changes made to the brief.

FOR THE COURT

September 4, 2015                                                            /s/ Daniel E. O'Toole
                                                                              Daniel E. O'Toole
                                                                              Clerk of Court

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## 15-1450 - Dongguan Sunrise Furniture Co. v. US

The Principal Brief of Fairmont has been rejected for following reasons:

- The document title on the cover does not adequately/accurately identify the parties for whom the brief is being filed. Fed. R. App. P. 32(a)(2)(E)

- The brief does not contain a certificate of interest. Fed. Cir. R. 47.4(b); Fed. Cir. R. 28(a)(1)

- When confidential material is included in the brief, two sets of briefs must be filed. Fed. Cir. R. 28(d)(1)
    - A public (non-confidential) version of the brief was not submitted; the public version of the brief must be filed simultaneously with the confidential version.
        - When submitting the corrected version of the brief, both confidential and non-confidential versions must be tendered (using the appropriate events for each brief)
    - A motion for leave to file the brief out of time is now required.
        - The motion should be filed simultaneously with the submission of your corrected confidential brief and non-confidential brief. The motion should be entered on the docket separately, using the ECF event: MOTION FILED.

Clerk's note: The time to file cross appellants' briefs will be calculated from the date of filing of the corrected confidential and non-confidential versions of the appellants' brief.